AUSA:   William Ott          Telephone: (989) 895-5712

Special Agent:   Travis Lloyd, FBI          Telephone:  (989) 892-6525

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

## for the
### Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No.   1:24-mc-50409 -1 |
| information associated with the MSN email address ) | Judge: Ludington, Thomas L. |
| MICHAELBACIGALUPO@MSN.COM that is stored at ) | Filed: 04-30-2024 |
| premises controlled by Microsoft Corporation ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Michigan___ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

I hereby certify that the foregoing is a certified copy of the original on file in this office.

**Clerk, U.S. District Court
Eastern District of Michigan**

By:  *s/ Kristen Castaneda*
Deputy

**YOU ARE COMMANDED** to execute this warrant on or before ___May 14, 2024___ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the presiding United States Magistrate Judge on duty___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     ___April 30, 2024   11:03 am___

_____
*Judge's signature*

City and state:     ___Bay City, Michigan___          ___Patricia T. Morris,          U. S. Magistrate Judge___
*Printed name and title*

93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| se No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 196D-DE-3841113 | 4/30/2024 at 1330 | Microsoft via their law enforcement Portal |

entory made in the presence of :

entory of the property taken and name of any person(s) seized:

Search warrant applies to information associated with the MSN email account
username michael bucigalupo@msn.com

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the ignated judge.

te: 4/30/2024

_____
Executing officer's signature

Travis Lloyd  Special Agent
_____
Printed name and title